**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Gordon, | No. CIV 05-2276-PHX-ROS (GEE) |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| Joseph Arpaio; et al., | |
| Defendants. | |

On July 29, 2005, the plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 claiming his constitutional rights were being violated by his conditions of confinement.  That same day, the court issued an assignment order warning the plaintiff that he must immediately advise the court of any change in his address or the action could be dismissed for failure to prosecute.

On November 1, 2005, the defendant, Arpaio, filed a motion to dismiss. [doc. # 6]  The court instructed the plaintiff to file a response by December 16, 2005.  He did not respond.

On November 26, 2005, Arpaio filed a second motion to dismiss. [doc. # 8]  The court instructed the plaintiff to file a response by January 2, 2006.  He did not respond.

On June 10, 2006, Arpaio filed a motion for summary disposition. [doc. # 10]  The plaintiff did not respond.

1    On July 19, 2006, this court issued the plaintiff an order to show cause why this case

2 should not be dismissed for failure to prosecute, but the order was returned as undeliverable.

3    The plaintiff did not file a response to Arpaio's motions to dismiss.  He has apparently

4 changed his address without advising the court.

5

6    <u>Recommendation</u>

7    The Magistrate Judge recommends the District Court, after its independent review of

8 the record, enter an order

9

10    DISMISSING this action for failure to prosecute.

11

12    Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within

13 10 days of being served with a copy of this report and recommendation.    If objections are

14 not timely filed, the party's right to de novo review may be waived.  *See United States v.*

15 *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

16    The Clerk is directed to send a copy of this report and recommendation to all parties.

17    DATED this 1st day of August, 2006.

18

19

20

21    _____

22    Glenda E. Edmonds
      United States Magistrate Judge

23

24

25

26

27

28